**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNATH JOZSEF LASZLO,<br><br>            Petitioner,<br><br>    v.<br><br>J. JOHNSON, et. al.,<br><br>            Respondents. | Case No. 5:26-CV-01806-SPG-DFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is GRANTED IN PART. Respondents shall arrange for Petitioner Bernath Jozsef Laszlo (A# 246-058-864) to receive an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond.  Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing.  Respondents are ordered to file a status report within ten (10) days

detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

**IT IS SO ORDERED.**

Date:   July 13, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE