**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BERNATH JOZSEF LASZLO,

Petitioner,

v.

J. JOHNSON, et. al.,

Respondents.

Case No. 5:26-CV-01806-SPG-DFM

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is GRANTED IN PART.

Date: July 13, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE